UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                    Case Number: 13-26903 ABA

Debtor: Vincent E. & Elsie M. Johnson

| Check Number | Creditor | Amount |
|---|---|---|
| 1861492 | Lakeview Loan Servicing, LLC | 1906.79 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:   October 10, 2014